Núm. 8085.—Isaac, etc., apldos., v. Isaac, aplte.—C. D. San Juan. ▮ Enero 16, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la sentencia en el caso de epígrafe fué dictada el 30 de marzo de 1939 y notificada a las partes el 4 de abril del mismo año;

POR CUANTO, el demandado apeló para ante este Tribunal Supremo con fecha 4 de mayo de 1939 y solicitó en la corte de distrito varias prórrogas para preparar y radicar la transcripción de la evidencia, habiendo vencido la última concedida el 30 de julio del referido año;

POR CUANTO, el apelante no ha hecho desde entonces gestión alguna para radicar la transcripción de la evidencia ni la transcripción del récord en esta Corte Suprema:

POR TANTO, se desestima el recurso por falta de gestión.